UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ayaz A. Khattak,　　　　　　　　　　　　　　　　Civil 06-1738  JMR/FLN

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　O R D E R

Department of Homeland Security
and U.S. Citizenship and Immigration
Services,

　　　　Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 13, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss [#17] is GRANTED.

DATED: April 9+, 2007.
at Minneapolis, Minnesota

　　　　　　　　　　　　　　　　　　　CHIEF JUDGE JAMES M. ROSENBAUM
　　　　　　　　　　　　　　　　　　　United States District Court

SCANNED
APR 0 9 2007
U.S. DISTRICT COURT MPLS